THOMAS ALDRIDGE appellant,

v.

SARAH J. MCCLELLAND, respondent.

On appeal from a decree of the ordinary, whose opinion is reported in Aldridge v. McClelland, 9 Stew. Eq. 288.

Mr. Theo. Ryerson, for appellant.

*Mr. John Whitehead,* for respondent.

PER CURIAM.

This decree unanimously affirmed, for the reasons given by the ordinary.